IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02386-REB-MEH

CAROLINE RHEIN as Personal Representative for the Estate of Peter Shawn Ramirez,

　　　　Plaintiff,

v.

COMMERCE CITY POLICE DETECTIVE DAN MCCOY,
COMMERCE CITY POLICE DETECTIVE DEREK ARAGON, individually,
COMMERCE CITY POLICE DEPARTMENT, individually and severally, and
COMMERCE CITY, COLORADO, individually and severally,

　　　　Defendants.

## ORDER GRANTING MOTION TO STAY

**Michael E. Hegarty, United States Magistrate Judge.**

Pending before the Court is Defendants' unopposed Motion to Stay Discovery Pending Determination of Qualified Immunity [docket #14]. The motion is briefed and has been referred to this Court for disposition [docket #15]. Oral argument would not materially assist the Court in adjudicating this motion. For the reasons stated below, Defendants' Motion to Stay is **granted**.

**I.　　Background**

Plaintiff instituted this action on October 7, 2009, alleging generally that Defendants violated the U.S. Constitution when they shot and killed Peter Ramirez. *See* Complaint at 3 [docket #1]. On November 17, 2009, Defendants responded to the Complaint by filing an Answer and Motion for Summary Judgment. *See* dockets #12 and #13. Among other defenses, the individual Defendants claim that they enjoy qualified immunity from suit in this matter. At the same time, Defendants filed the within Motion to Stay, asserting that "Aragon and McCoy should not be subjected to the

demands of discovery until the Court determines the threshold issue of immunity." *See* docket #14 at ¶ 4. The Plaintiff does not oppose the motion.

**II.     Discussion**

The Supreme Court has emphasized the broad protection qualified immunity affords, giving officials "a right, not merely to avoid 'standing trial,' but also to avoid the burdens of 'such pretrial matters as discovery.'" *Behrens v. Pelletier,* 516 U.S. 299, 308 (1996) (quoting *Mitchell v. Forsyth,* 472 U.S. 511, 526 (1985)); *see also Crawford-El v. Britton,* 523 U.S. 574, 598 (1998). Consequently, courts should resolve the purely legal question raised by a qualified immunity defense at the earliest possible stage in litigation. *Albright v. Rodriguez,* 51 F.3d 1531, 1534 (10th Cir. 1995); *see also Medina v. Cram,* 252 F.3d 1124, 1127-28 (10th Cir. 2001).

In this case, in response to the Complaint, Defendants filed a motion for summary judgment on all claims alleging that the individual Defendants enjoy qualified immunity in this case. The Court has broad discretion to stay proceedings as an incident to its power to control its own docket. *See Clinton v. Jones,* 520 U.S. 681, 706-07 (1997) (citing *Landis v. North American Co.,* 299 U.S. 248, 254 (1936)). Because Defendants' Motion for Summary Judgment raises a legal question of this Court's jurisdiction over the subject matter of the dispute, the question should be resolved as early as possible in the litigation. *See Albright,* 51 F.3d at 1534. Moreover, the Court finds that allowing discovery to proceed in this matter against the government defendants would not serve the interests of judicial economy and efficiency. The Plaintiff does not oppose a stay at this stage of the litigation; therefore, the Court perceives no prejudice to any party. Consequently, the Court will grant a temporary stay of the proceedings in this matter pending the disposition of the Motion for Summary Judgment.

### III.    Conclusion

Accordingly, for the reasons stated above, it is hereby ORDERED that Defendants' unopposed Motion to Stay Discovery Pending Determination of Qualified Immunity [filed November 17, 2009; docket #14] is **granted**.  The proceedings of this case are hereby stayed pending the District Court's ruling on Defendants' Motion for Summary Judgment. The Scheduling Conference scheduled for January 7, 2010 is **vacated**.  The parties are directed to submit a status report within five days of the entry of any order adjudicating the pending Motion for Summary Judgment.

Dated at Denver, Colorado, this 18th day of November, 2009.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge